1  JAMES R. HAWKINS (SBN 192925)
     james@jameshawkinsaplc.com
2  **JAMES HAWKINS APLC**
3  9880 Research Drive, Suite 200
   Irvine, CA 92618
4  Telephone: (949) 387-7200
5  Facsimile: (949) 387-6676

6  Attorneys For Plaintiff NICHOLAS J. MCINERNY
7  on behalf of himself and all others similarly situated

8  *[Additional Counsel Listed on Next Page]*

9

10              **UNITED STATES DISTRICT COURT**

11            **EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE JESUS AVALOS-AVILES, individually, and on behalf of other members of the general public similarly situated, and as an aggrieved employee pursuant to the Private Attorneys General Act ("PAGA"),<br><br>                 Plaintiff,<br>        vs.<br><br>RED ROBIN INTERNATIONAL, INC. dba RED ROBIN BURGER AND SPIRITS EMPORIUMS, a Nevada corporation; and DOES 1 through 10, inclusive,<br><br>                 Defendants. | Case No. 2:22-CV-01257-DAD-DB<br><br>Assigned to:<br>Presiding: Hon. Dale A. Drozd<br>Magistrate: Hon. Sean C. Riordan<br><br>**JOINT NOTICE OF SETTLEMENT AND STIPULATION TO VACATE ALL DATES AND STAY CASE PENDING SETTLEMENT APPROVAL; [PROPOSED] ORDER**<br><br>Complaint Filed:      May 31, 2022<br>Removal Filed:       July 15, 2022<br>Pretrial Conference: August 25, 2026<br>Trial:                    October 26, 2026 |

1

JOINT NOTICE OF SETTLEMENT

Melissa Grant (SBN 205633)
   Melissa.Grant@capstonelawyers.com
Orlando Villalba (SBN 232165)
   Orlando.Villalba@capstonelawyers.com
Helga Hakimi (SBN 257381)
   Helga.Hakimi@capstonelawyers.com
Roxanna Tabatabaeepour  (SBN 260187)
   Roxanna.Taba@capstonelawyers.com
**CAPSTONE LAW APC**
1875 Century Park East, Suite 1000 Los
Angeles, California 90067
Telephone:  (310) 556-4811
Facsimile:  (310) 943-0396

Attorneys for Plaintiff JOSE JESUS AVALOS-AVILES

Malte L. L. Farnaes (SBN 222608)
   malte@farnaeslaw.com
Christina M. Lucio (SBN 253677)
   clucio@farnaeslaw.com
**FARNAES & LUCIO, APC**
2235 Encinitas Boulevard, Suite 210
Encinitas, CA 92024
Telephone: (760) 942-9431
Facsimile: (760) 452-4421

Attorneys for Plaintiff NICHOLAS J. MCINERNY
on behalf of himself and all others similarly situated

Adam Y. Siegel (SBN 238568)
   Adam.siegel@jacksonlewis.com
Martin P. Vigodnier (SBN 311834)
   Martin.vigodnier@jacksonlewis.com
**JACKSON LEWIS P.C.**
725 South Figueroa Street, Suite 2500 Los
Angeles, California 90017-5408
Telephone:  (213) 689-0404
Facsimile:  (213) 689-0430

Attorneys for Defendant
RED ROBIN INTERNATIONAL, INC.

JOINT NOTICE OF SETTLEMENT

Plaintiffs Jose Jesus Avalos-Aviles, ("Avalos-Aviles") and Nicholas J. McInerny ("McInerny")("Plaintiffs"), collectively, and Defendant Red Robin International, Inc., dba Red Robin Burger and Spirits Emporiums ("Defendants") (collectively, the "Parties") are pleased to report that the Parties have reached a settlement in principle of the claims pending in this action.

Pursuant to the Settlement Agreement, the approval process will take place in the first-filed action entitled *McInerny v. Red Robin International, Inc.,* San Bernardino Case No. CIVSB2202216 ("State Court Action").

Plaintiff expects to file an amended complaint in the State Court Action which will effectively consolidate this action with the State Court Action and file a motion for preliminary approval in the next 60-90 days in that forum. Once the amended complaint is filed in the State Court Action, Plaintiffs will dismiss this federal action without prejudice.

As such, the Parties respectfully request that the Court vacate all pending deadlines and hearings and stay the case pending the filing of Plaintiffs' amended complaint.


IT IS SO STIPULATED.


Dated: August  04, 2025          **JAMES HAWKINS APLC**
                                 **FARNAES & LUCIO, APC**


                        By: */s/ Christina M. Lucio*
                                 James R. Hawkins
                                 Malte L. L. Farnaes
                                 Christina M. Lucio

                                 Attorneys for Plaintiff
                                 NICHOLAS J. MCINERNY on behalf
                                 of himself and all others similarly situated

JOINT NOTICE OF SETTLEMENT

Dated: August 04, 2025           **CAPSTONE LAW APC**

By: */s/ Roxanna Tabatabaeepour*

Melissa Grant
Roxanna Tabatabaeepour
Ryan Tish
Alexander Wallin

Attorneys for Plaintiff
JOSE JESUS AVALOS-AVILES


Dated: August 04, 2025           **JACKSON LEWIS P.C.**


By: */s/ Martin P. Vigodnier*

Adam Y. Siegel
Martin P. Vigodnier

Attorneys for Defendant
RED ROBIN INTERNATIONAL,
INC.

4

# [PROPOSED] ORDER

The Court, having read and considered the Parties' stipulation and good cause appearing therefore, hereby orders that all pending deadlines and hearings in this case are vacated. The court further orders that this case will be stayed pending the filing of Plaintiffs' amended complaint.

The Parties are ordered to notify the Court within 30 days of the filing of the amended complaint in the State Court Action.

A status conference is set for _____, 2025 (suggested October 15, 2025).

Date:_____         _____

                                    Hon. Sean C. Riordan

JOINT NOTICE OF SETTLEMENT

CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2025 I electronically filed the foregoing with the Clerk  of the Court for the  U.S. District Court, for  the Eastern District of California using the CM/ECF system. All participants are registered CM/ECF users, and will be served by the CM/ECF system.


Dated: August 4, 2025                    */s/ James R. Hawkins*
                                          James R. Hawkins

JOINT NOTICE OF SETTLEMENT