UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE JESUS AVALOS-AVILES, et al., | No. 2:22-cv-01257-DAD-SCR |
| Plaintiffs, | |
| v. | ORDER TO SHOW CAUSE |
| RED ROBIN INTERNATIONAL, INC., d/b/a RED ROBIN BURGER AND SPIRITS EMPORIUMS, | |
| Defendant. | |

On August 4, 2025, the parties filed a notice of settlement requesting that this court vacate dates and deadlines and stay this case pending the preliminary and final approval of a class settlement in a related case before the San Bernadino County Superior Court. (Doc. No. 31.) That same day, the court vacated the pending dates and deadlines in this action and ordered the parties to file dispositional documents no later than October 10, 2025. (Doc. No. 32.) The court did not stay this action in that order. To date, the parties have neither filed dispositional documents nor any status report indicating the timeline for resolution of the related state court matter.

/////

/////

/////

1

Accordingly, all parties in this action are ORDERED to show cause in writing within seven (7) days from the date of entry of this order why this action should not be dismissed for failure to comply with this court's orders.

IT IS SO ORDERED.

Dated:    **June 2, 2026**

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2